UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKOBI SCHUSTER, | |
| Plaintiff, | 22-CV-2778 (JPO) |
| -v- | ORDER |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

J. PAUL OETKEN, District Judge:

On April 8, 2021, Judge Richard J. Sullivan issued an order barring Plaintiff Akobi Schuster from filing "in any tribunal any action, motion, petition, complaint, or request for relief that relates to or arises from (i) the cable box incident alleged in [his complaint in 18-CV-1826]," Charter's alleged response to that incident, or Schuster's OSHA claims, or " (ii) any of Charter's conduct in defending against his previous actions . . . without first obtaining leave" to file the action. *See* 18-CV-1826 (S.D.N.Y.) at Dkt. No. 51. On April 4, 2022, Schuster filed this action, which pertains to these same topics, without obtaining permission to do so.

Because the filing of this action is in violation of Judge Sullivan's order, and it is hereby ORDERED that this action is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff shall show cause, in writing, no later than September 2, 2022, why he should not be sanctioned for violating the Court's orders. Plaintiff is advised that sanctions may include contempt and/or monetary sanctions to compensate Defendant and Defendant's counsel for their time and expense in responding to this case.

Defendant's motion at Docket Number 9 is granted insofar as it seeks dismissal. Plaintiff's motion at Docket Number 15 is denied as moot.

The Clerk of Court is directed to close the motions at Docket Numbers 9 and 15 and to mark this case as closed.

SO ORDERED.

Dated: August 12, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge